HARRY GOLDBERG and ARTHUR LEVITT, Copartners, Engaged in the Practice of Law under the Firm Name and Style of GOLDBERG & LEVITT, Appellants, v. SAMUEL KELLER, Respondent.█— Motion for reargument granted, and on reargu-

ment motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.